**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Michael Thomas Emmott  **V.**  John Boudreaux

Appellate case number:    01-12-00951-CV

Trial court case number:  1126258

Trial court:              151st District Court of Harris County

Date motion filed:        January 28, 2013

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Jane Bland _____
☐ Acting individually    ☒ Acting for the Court

Panel consists of:

Date: March 5, 2013 _____